**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

       **v.**            **NO. 5:09-CR-50088**

**JEREMY THOMAS ESTES**                                          **DEFENDANT**

### O R D E R

Now on this 16th day of October, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #52), filed on September 26, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #52) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendant's **Motion to Vacate Under 28 U.S.C. § 2255** (document #48) is hereby **denied** and **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 **/s/ Jimm Larry Hendren**
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**